UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-00052-FL-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TYRONE DEMAR DRAUGHN | |

On motion of the Defendant, Tyrone Demar Draughn, and for good cause shown, it is

hereby ORDERED that [DE 66] be sealed until further notice by this Court.

IT IS SO ORDERED.

This __28th__ day of March, 2018.


_____
LOUISE WOOD FLANAGAN
United States District Judge