UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyrone Demar Draughn**                    **Docket No. 4:16-CR-52-1FL**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Demar Draughn, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 4, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Tyrone Demar Draughn was released from custody on October 10, 2024, at which time the term of supervised release commenced.

On January 6, 2025, a Violation Report was submitted advising that the defendant was charged with Driving While License Revoked in Edgecombe County, North Carolina (24CR706513), and that the defendant tested positive for marijuana use.  The citation was dismissed in Edgecombe County District Court, and Draughn has been compliant with substance abuse treatment.

On November 20, 2025, a Violation Report was submitted advising the court that the defendant committed the misdemeanor offense of Driving While License Revoked – Not Impaired Revocation in Edgecombe County, North Carolina (25CR5721).  The court took no action and this matter remains pending in Edgecombe County District Court.

On January 26, 2026, a Violation Report was submitted advising the court that On December 29, 2025, the defendant was charged with Driving While License Revoked - Not Impaired Revocation in Edgecombe County, North Carolina (25CR6592). This matter was held in abeyance pending a resolution in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**  On February 19, 2026, the defendant committed the misdemeanor offense of Driving While License Revoked – Not Impaired Revocation, Expired Registration, and No Liability Insurance in Edgecombe County, North Carolina (26CR1126).  This matter remains pending in Edgecombe County District Court.  Additionally, the defendant failed to notify the probation officer of this law enforcement contact within the required period.  In attempt to curb Draughn's repeated instances of driving without a proper license, it is respectfully recommended that 12 hours of community service be imposed by the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Tyrone Demar Draughn**
**Docket No. 4:16-CR-52-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: March 25, 2026

## ORDER OF THE COURT

Considered and ordered this ___27th___ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Tyrone Demar Draughn**
**Docket No. 4:16-CR-52-1FL**